Page 1

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Hatcher, Shannon E | Case Number: 05 B 12707 |
|---|---|---|
| | | Judge: Squires, John H |
| | Printed: 03/24/09 | Filed: 4/5/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Completed: March 6, 2009
Confirmed: May 18, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 28,685.00 |  |
| Secured: |  | 2,488.23 |
| Unsecured: |  | 12,265.89 |
| Priority: |  | 0.00 |
| Administrative: |  | 3,730.20 |
| Trustee Fee: |  | 967.50 |
| Other Funds: |  | 9,233.18 |
| Totals: | 28,685.00 | 28,685.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,730.20 | 3,730.20 |
| 2. | Ford Motor Credit Corporation | Secured | 0.00 | 0.00 |
| 3. | Litton Loan Servicing | Secured | 0.00 | 0.00 |
| 4. | Wells Fargo Home Mortgage | Secured | 0.00 | 0.00 |
| 5. | Beneficial Illinois Inc | Secured | 0.00 | 0.00 |
| 6. | Beneficial Illinois Inc | Secured | 0.00 | 0.00 |
| 7. | Wells Fargo Home Mortgage | Secured | 888.44 | 888.44 |
| 8. | Litton Loan Servicing | Secured | 1,599.79 | 1,599.79 |
| 9. | Nelnet Student Loan Corp | Unsecured | 0.00 | 0.00 |
| 10. | RoundUp Funding LLC | Unsecured | 5,424.59 | 5,424.59 |
| 11. | Capital One | Unsecured | 236.37 | 236.37 |
| 12. | Illinois Power | Unsecured | 1,301.88 | 1,301.88 |
| 13. | RoundUp Funding LLC | Unsecured | 3,800.40 | 3,800.40 |
| 14. | Capital One | Unsecured | 1,502.65 | 1,502.65 |
| 15. | Sallie Mae | Unsecured | | No Claim Filed |
| 16. | Fingerhut | Unsecured | | No Claim Filed |
| 17. | CCB Credit Services Inc | Unsecured | | No Claim Filed |
| 18. | Wal Mart Stores | Unsecured | | No Claim Filed |
| 19. | Midwest Collection | Unsecured | | No Claim Filed |
| 20. | Midwest Collection | Unsecured | | No Claim Filed |
| 21. | Blatt Hasenmiller Leisker | Unsecured | | No Claim Filed |
| 22. | Midwest Collection | Unsecured | | No Claim Filed |
| 23. | Midwest Collection | Unsecured | | No Claim Filed |
| | | | $ 18,484.32 | $ 18,484.32 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Hatcher, Shannon E | Case Number:  05 B 12707 |
| | Judge:  Squires, John H |
| Printed: 03/24/09 | Filed:  4/5/05 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 3% | 73.04 |
| 5.5% | 308.70 |
| 5% | 94.37 |
| 4.8% | 180.00 |
| 5.4% | 311.39 |
| | $ 967.50 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: